OCEANIC STEAM NAVIGATION CO., Limited, v. WATKINS.

(Circuit Court of Appeals, Second Circuit. May 23, 1911. On Motion for Reargument, June 19, 1911.)

COURTS (§ 406*)—CIRCUIT COURTS OF APPEAL—ISSUANCE OF REMEDIAL WRIT.
    Where the mandate has gone to the Circuit Court, an application for a stay to allow plaintiff in error to apply for certiorari should be made there, and not to the Circuit Court of Appeals.

    [Ed. Note.—For other cases, see Courts, Dec. Dig. § 406.*]

In Error to the Circuit Court of the United States for the Southern District of New York.

Action by one Watkins against the Oceanic Steam Navigation Company, Limited. Judgment for plaintiff, and defendant brings error. Judgment affirmed.

Burlingham, Montgomery & Beecher, for plaintiff in error.
Paris S. Russell, for defendant in error.

Before LACOMBE, COXE, and WARD, Circuit Judges.

PER CURIAM. Judgment affirmed.

On Motion for Reargument.

PER CURIAM. The motion for reargument is denied. Inasmuch as the mandate has gone to the Circuit Court, application for a stay to allow plaintiff in error to apply for certiorari should be made there.